# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| AGENCY | CHARGE NUMBER |
|---|---|
| FEPA | |
| X EEOC | 130 2005 05886 |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) Mr. Jarman Clements Gray | HOME TELEPHONE (Include Area Code) 256.426.4856 |
|---|---|
| STREET ADDRESS  CITY, STATE AND ZIP CODE 1034 East Magnolia Avenue, Auburn, AL 36830 | DATE OF BIRTH 10/09/74 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME Alabama Wings, Inc. d/b/a Hooters of Auburn | NUMBER OF EMPLOYEES, MEMBERS Over 15 | TELEPHONE (Include Area Code) 334.502.1332 |
|---|---|---|
| STREET ADDRESS  CITY, STATE AND ZIP CODE 1651 South College Street, Auburn, AL 36830 | | COUNTY Lee |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS  CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON (Check appropriate box(es)) | DATE FIRST or CONTINUING DISCRIMINATION TOOK PLACE AND DATE LAST DISCRIMINATION TOOK PLACE (Month/Day/Year): |
|---|---|
| RACE   COLOR   SEX   HARASSMENT   RELIGION   NATIONAL ORIGIN   **X RETALIATION**   AGE   DISABILITY   OTHER (Specify) | FIRST: February 4, 2005  LAST: February 8, 2005 |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s):

**CHARGE OF DISCRIMINATION**

SSN:    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              Sex:    Male              Race:  Caucasian

**Please see following page for particulars.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY - (When necessary for State and Local Requirements) Patsy Brown Exp 8/5/07 |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.  *[signature]*  **Jarman Clements Gray** Date           Charging Party (Signature) | SIGNATURE OF COMPLAINANT *[signature]* **Jarman Clements Gray** SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (Rev. 06/92)

Exhibit A

1.      I began my employment with Respondent in June of 2004 and worked for Respondent until my termination on February 8, 2005.

2.      At all times, I performed my job duties in at least a competent manner.

3.      I began my employment as a kitchen employee until my promotion to the position of Assistant Manager.

4.      Prior to each shift, management conducts a "jump-start" meeting designed to inform the waitresses of drink specials, television programming, and other responsibilities. Cat (LNU), a visiting training manager, conducted four "jump-start" meetings on February 4, 2005. She informed the waitresses that "You are the ones with the pussys and you are in control because of that." Cat continued to say, "If you need the extra money, go ahead and suck a dick or fuck a customer if the money is right." Cat repeated these offensive comments at three separate jump-start meetings.

5.      Cat's comments offended the waitress staff as well as myself. The waitresses approached me and asked if I could help resolve this problem and correct Cat's offensive behavior.

6.      On February 8, 2005, I contacted the Hooter's of America corporate office and spoke with the head of the franchise division, Jeff Calloway. I informed Calloway that a manager, Cat (LNU), was making offensive comments. Calloway informed me that I should discuss this problem with the owner of the franchise, and not the corporate office.

7.      When I arrived at work on February 8, 2005, the franchise owner, Darrell Spikes, entered the restaurant and asked the Area Director and General Manager to come into the office. When John (LNU), the Area Director, left the meeting he approached me and stated "bad stuff is going to happen."

8.      Spikes called me into the manager's office and asked why I called Jeff Calloway. I informed Spikes about Cat's offensive behavior and the potential for sexual harassment problems. Spikes responded "I'm top dog, you don't call corporate. You no longer have a job here."

9.      I believe I was terminated in retaliation for reporting sexual harassment in the workplace. I was retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

_____
Jarman Clements Gray

The foregoing instrument was acknowledged before me this the ____ day of _____, 2005, by Jarman Clements Gray.

_____
Notary Public

My commission expires: _____