EEOC Form 161-B (3/98)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE (ISSUED ON REQUEST)

To: **Mr. Jarman C. Gray**
**1034 East Magnolia Avenue**
**Auburn, AL 36830**

From: **Equal Employment Opportunity Commission**
**Birmingham District Office**
**Ridge Park Place**
**1130 - 22nd Street South**
**Birmingham, Al 35205**

☐ On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR § 1601.7(a))

| Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 130-2005-05886 | Noah Carter, Investigator | (205) 212-2107 |

(See also the additional information enclosed with this form.)

**NOTICE TO THE PERSON AGGRIEVED:**

**Title VII of the Civil Rights Act of 1964 and/or the Americans with Disabilities Act (ADA):** This is your Notice of Right to Sue, issued under Title VII and/or the ADA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII or the ADA **must be filed in federal or state court WITHIN 90 DAYS of your receipt of this Notice** or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of the charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court WITHIN 90 DAYS** of your receipt of this Notice. Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of your charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years)** before you file suit may not be collectible.

If you file suit based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

_____
Bernice Williams-Kimbrough, District Director

3 0 MAR 2006
(Date Mailed)

Enclosure(s)

cc: **CPLC**
**RLC**
**R Repres.**

EXHIBIT B

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.*
*If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS -- Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/00 to 12/1/00, you should file suit **before 7/1/02** – *not* 12/1/02 -- in order to recover unpaid wages due for July 2000. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice **and** within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII and the ADA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do **not** relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

| | |
|---|---|
| FEPA | |
| X EEOC | 130 2005 05886 |

_____ and EEOC
*State or local Agency, if any*

| NAME (Indicate Mr., Ms., Mrs.) Mr. Jarman Clements Gray | HOME TELEPHONE (Include Area Code) 256.426.4856 |
|---|---|
| STREET ADDRESS   CITY, STATE AND ZIP CODE 1034 East Magnolia Avenue, Auburn, AL 36830 | DATE OF BIRTH 10/09/74 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME *(If more than one list below.)*

| NAME Alabama Wings, Inc. d/b/a Hooters of Auburn | NUMBER OF EMPLOYEES, MEMBERS Over 15 | TELEPHONE (Include Area Code) 334.502.1332 |
|---|---|---|
| STREET ADDRESS   CITY, STATE AND ZIP CODE 1651 South College Street, Auburn, AL 36830 | | COUNTY Lee |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS   CITY, STATE AND ZIP CODE | | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON *(Check appropriate box(es))* | DATE FIRST or CONTINUING DISCRIMINATION TOOK PLACE AND DATE LAST DISCRIMINATION TOOK PLACE *(Month/Day/Year)*: |
|---|---|
| RACE    COLOR    SEX   HARASSMENT    RELIGION    NATIONAL ORIGIN   **X RETALIATION**    AGE    DISABILITY    OTHER *(Specify)* | FIRST: February 4, 2005 LAST: February 8, 2005 |

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s):

**CHARGE OF DISCRIMINATION**

SSN:   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        Sex:   Male        Race:   Caucasian

<u>Please see following page for particulars.</u>

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures. | **NOTARY** - (When necessary for State and Local Requirements) Patsy Brown EXP 8/5/07 |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. **Jarman Clements Gray** Date                 Charging Party *(Signature)* | SIGNATURE OF COMPLAINANT **Jarman Clements Gray** SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |

EEOC FORM 5 (Rev. 06/92)

Page 2
EEOC Charge of Jarman Clements Gray
Social Security Number: 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

1.  I began my employment with Respondent in June of 2004 and worked for Respondent until my termination on February 8, 2005.

2.  At all times, I performed my job duties in at least a competent manner.

3.  I began my employment as a kitchen employee until my promotion to the position of Assistant Manager.

4.  Prior to each shift, management conducts a "jump-start" meeting designed to inform the waitresses of drink specials, television programming, and other responsibilities. Cat (LNU), a visiting training manager, conducted four "jump-start" meetings on February 4, 2005. She informed the waitresses that "You are the ones with the pussys and you are in control because of that." Cat continued to say, "If you need the extra money, go ahead and suck a dick or fuck a customer if the money is right." Cat repeated these offensive comments at three separate jump-start meetings.

5.  Cat's comments offended the waitress staff as well as myself. The waitresses approached me and asked if I could help resolve this problem and correct Cat's offensive behavior.

6.  On February 8, 2005, I contacted the Hooter's of America corporate office and spoke with the head of the franchise division, Jeff Calloway. I informed Calloway that a manager, Cat (LNU), was making offensive comments. Calloway informed me that I should discuss this problem with the owner of the franchise, and not the corporate office.

7.  When I arrived at work on February 8, 2005, the franchise owner, Darrell Spikes, entered the restaurant and asked the Area Director and General Manager to come into the office. When John (LNU), the Area Director, left the meeting he approached me and stated "bad stuff is going to happen."

8.  Spikes called me into the manager's office and asked why I called Jeff Calloway. I informed Spikes about Cat's offensive behavior and the potential for sexual harassment problems. Spikes responded "I'm top dog, you don't call corporate. You no longer have a job here."

9.  I believe I was terminated in retaliation for reporting sexual harassment in the workplace. I was retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

_____
Jarman Clements Gray

The foregoing instrument was acknowledged before me this the ___24___ day of ___July___, 2005, by Jarman Clements Gray.

_____
Notary Public

My commission expires: 8/5/07