Summons in a Civil Action

---

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

JARMAN GRAY,

    PLAINTIFF,

V.                               **SUMMONS IN A CIVIL ACTION**

ALABAMA WINGS, LLC  
d/b/a HOOTERS OF AUBURN         Case Number: 3:06cv316-SRW

    DEFENDANT.

TO:    Alabama Wings, LLC  
        d/b/a Hooters of Auburn  
        c/o The Corporation Company  
        Registered Agent  
        2000 Interstate Park Drive, Suite 204  
        Montgomery, AL  36109

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (Name and address):

        David R. Arendall  
        Allen D. Arnold  
        Arendall & Associates  
        2018 Morris Avenue  
        Birmingham, AL  35203

an answer to the complaint which is served on you with this summons, within 20 days after service of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                         4-13-06

CLERK                                          DATE

(By) DEPUTY CLERK