**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.  Gray

1. Article Addressed to:

    Alabama Wings, LLC
    d/b/a Hooters of Auburn
    c/o The Corporation Company
    Registered Agent
    2000 Interstate Park Drive, Suite 204
    Montgomery, AL  36109

    Jim & cmp    20

2. Article Number
   (Transfer from service label)    7004 2510 0002 6128 8545

PS Form 3811, February 2004    Domestic Return Receipt    06-316    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____Dawson_____
   ☐ Agent
   ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    4/14

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes