**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

April 19, 2006

NOTICE OF REASSIGNMENT

To:   All Counsel of Record

Re:   Jarman Gray vs. Alabama Wings, LLC.
      Civil Action No. 3:06cv316-SRW

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now **3:06cv316-WKW**. This new case number should be used on all future correspondence and pleadings in this action.