**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | |
|---|---|
| **JARMAN GRAY,** | |
| | **CIVIL ACTION NO.** |
| **PLAINTIFF,** | |
| | **3:06cv316-SRW** |
| **V.** | |
| **ALABAMA WINGS, LLC** <br> **d/b/a HOOTERS OF AUBURN,** | |
| **DEFENDANT.** | |

**NOTICE OF FILING OF**

**AMENDED AND RESTATED COMPLAINT**

COMES NOW the Plaintiff in the above cause and files this Notice of Filing of his Amended and Restated Complaint. The Defendant has been properly served with the original Summons and Complaint, however, no responsive pleading has been filed in this matter.

The Amended and Restated Complaint is being filed simultaneously herewith.

          Respectfully submitted,

          /s/ David R. Arendall

          _____

          DAVID R. ARENDALL

<u>OF COUNSEL</u>:
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama 35203
205.252.1550 – Office
205.252.1556 – Facsimile

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2006, I filed a copy of the above and foregoing with the Clerk of this Court using the CM/ECF filing system.

I further certify that on April 27, 2006, I forwarded a copy of the foregoing to the Defendant by U. S. Mail, properly addressed and postage prepaid to:

Alabama Wings, LLC d/b/a Hooters of Auburn
c/o The Corporation Company
Registered Agent
2000 Interstate Park Drive, Suite 204
Montgomery, AL  36109

/s/ David R. Arendall
_____
Of Counsel