# EXHIBIT A

# TO

# PLAINTIFF'S

# MOTION TO DISMISS

# WE PROUDLY PRESENT THE SOON TO BE RELATIVELY FAMOUS



HOOTERS® Employee Handbook

HOOTERS®

*A fun place to work!*

EMPLOYEE REGULATIONS ................................ 24
    Employee Meetings ................................ 24
    Smoking .......................................... 24
    Personal Telephone Calls ......................... 24
    Discipline and Documentation ..................... 25
    Pay Policies ..................................... 28
    Vacation Policy .................................. 28
    Pregnancy Protocol Program ....................... 31
    FMLA ............................................. 32
    Tip Related Policies ............................. 33
    Media Policy ..................................... 34
    Hooters Career Path .............................. 35

WHAT YOU CAN EXPECT FROM US .......................... 36
    Substance Abuse Policy ........................... 36
    Non-Harassment Policy ............................ 37
    Fraternization ................................... 38
    Open Door Policy ................................. 39
    Hooters Resolution Procedure ..................... 40

EMPLOYEE RECEIPTS .................................... 45

## WELCOME TO HOOTERS

The management of Hooters welcomes you to our team. We believe that the continued strength and potential growth of our company depends on the efforts of all of our employees.

It is important for you to read and understand the policies and procedures outlined in this Handbook. We want all of our employees to follow these policies and procedures consistently so that our guests will receive the same good hospitality, food, and service at any Hooters location they visit.

As discussed in this Handbook, the Open Door Policy and Hooters Resolution Procedure are intended to provide employees with an opportunity to resolve their work related problems by making available several alternatives for openly communicating with management.

The Hooters System takes pride in the best looking, fun loving, out going Hooters Girls imaginable. Hooters is the most fun place you will ever work. We believe that it is vital to have fun because fun is contagious.

Again, welcome to our team. You'll soon learn why we say,

"Hooters makes you HAPPY."

Management of Hooters

Hooters is an equal opportunity employer, and complies with applicable laws prohibiting discrimination based on race, color, religion, sex, national origin, citizenship, age, veteran's status, physical or mental disability, or any other basis protected by federal, state or local laws. In addition, Hooters will endeavor to make appropriate accommodations for religious practices or known disabilities as required by law.

This handbook is intended for use by employees of Hooters and its subsidiaries and may not be reproduced or duplicated without prior written approval of Hooters of America, Inc. The policies contained in this handbook do not apply to employees working for or at locations operated by licensors, licensees, or franchisees of Hooters of America, Inc.

## WHERE WE ARE

As of 2003, there are Hooters located in the following states:

| | | |
|---|---|---|
| Alabama | Maryland | Rhode Island |
| Alaska | Massachusetts | South Carolina |
| Arizona | Michigan | Tennessee |
| Arkansas | Minnesota | Texas |
| California | Missouri | Utah |
| Colorado | Mississippi | Virginia |
| Connecticut | Nebraska | Washington |
| Delaware | Nevada | West Virginia |
| Florida | New Hampshire | Wisconsin |
| Georgia | New Jersey | |
| Hawaii | New Mexico | |
| Illinois | New York | |
| Indiana | North Carolina | |
| Iowa | North Dakota | |
| Kansas | Ohio | |
| Kentucky | Oklahoma | |
| Louisiana | Pennsylvania | |

In 2003, there will be Hooters located around the globe in:

| | | |
|---|---|---|
| Argentina | Brazil | Singapore |
| Aruba | Canada | Switzerland |
| Austria | England | Taiwan |
| Asia | Mexico | |

Each Hooters location is owned and/or operated by separate companies, franchisees or licensees.

2

The Hooters Restaurant for which you work is a franchisee of Hooters of America, Inc. but is owned and operated by a separate business entity which is not related to Hooters of America, Inc. otherwise. So, Hooters of America, Inc. is not your employer. For convenience, your employer is referred to simply as "Hooters" or the "Company" in this handbook.

## About This Handbook

While the purpose of this Handbook is to provide Hooters employees with information and guidance as to our present policies and procedures, it is not an employment contract and contains no binding promises that Hooters, in its sole discretion, will not change wages or other working conditions, with or without advance notice.

You should also understand that all employees are employees-at-will. In other words, your employment is not for any specific amount of time and may be terminated at any time, without notice or specific reason(s), at the option of either the company or you. Your employment-at-will status may not be changed or altered except through a written agreement signed by the President of Hooters.

Whenever any federal, state or local law or regulation creates an applicable legal requirement which conflicts with Hooters policy, the applicable legal requirement will be followed. Hooters reserves the right to amend, modify, change, replace, suspend or cancel any of its policies and/or procedures, including those set forth in this Handbook, at any time without notice or any reason.

This Handbook and the policies it describes remain in effect until a more current version of the Handbook is issued by Hooters. Only the most current Handbook should be used for guidance as to current policies and procedures. While this Handbook is in effect, the policies it describes may be altered, eliminated, or added to only by a written amendment issued by Hooters. This Handbook supersedes all prior versions of the Handbook.

Except as provided about relating to the application of various laws, In the event of a conflict between information contained in this Handbook and a policy contained in the Personnel Policies and Practices Manual, the Personnel Policies and Practices Manual will control.

3