IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JARMAN GRAY,                          )
                                      )
      Plaintiff,                      )
                                      )
v.                                    )    CASE NO. 3:06-cv-00316-WKW
                                      )
ALABAMA WINGS, LLC, *et al.,*         )
                                      )
      Defendants.                     )

# O R D E R

Upon consideration of the Plaintiff's Motion to Dismiss Defendant's Counterclaim (Doc. #8) filed on  May 10, 2006, it is hereby

ORDERED that the motion be submitted without oral argument on **June 8, 2006**.

It is further ORDERED that the defendant file a response which shall **include a brief and any evidentiary materials on or before June 1, 2006.**  The plaintiff may file a reply brief on or before **June 8, 2006.**

**The parties are advised that they are required to submit a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned.**

DONE this the 12th day of May, 2006.

        /s/  W.  Keith  Watkins
UNITED STATES DISTRICT JUDGE