

## Affidavit of Derrell Spikes

State of Alabama    )
County of Lee    )

Derrell Spikes, being first duly sworn, deposes and says that:

1.  I oversee the general operations of Alabama Wings, LLC (hereinafter "AW"), a limited liability corporation formed under the laws of the State of Georgia and doing business in Alabama at all times material hereto.  AW operates a Hooters restaurant in Auburn, Alabama.

2.  On or about February 8, 2005, six (6) of the employees of AW quit and walked off their jobs during business hours.  All of these employees were "Hooter Girls."

3.  The loss of these employees constituted over 25% of our Hooter Girl employees in Auburn.

4. The day after the employee walk out, our sales at the Auburn Hooters restaurant were down.  AW had further expenses for recruiting and training new Hooter Girl employees to replace these Hooter Girl employees.

5. The loss of these employees has caused AW significant financial damages.

1

Further affiant saith not.

_____
Derrell Spikes

STATE OF ALABAMA
COUNTY OF LEE

I, Katherine Klos the undersigned authority, a Notary Public in and for said State, hereby certify that Darrell Spikes, whose name is signed to the foregoing and who is known to me, acknowledged before me on this day, that being informed of the contents of said instrument, he states the same to be true and correct to the best of his knowledge, and he has executed the same voluntarily on the day the same bears date.

Given under my hand and seal this the 25 day of May____, 2006.

_____
Notary Public
My Commission Expires: _____

KATHERINE M. KLOS
NOTARY PUBLIC
ALABAMA STATE AT LARGE
MY COMM. EXP. 01-25-2009

2