IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JARMAN GRAY,

PLAINTIFF,

V.

CIVIL ACTION NO. 3:06-cv-00316-WKW

ALABAMA WINGS, LLC,

DEFENDANT.

## REPORT OF PARTIES' PLANNING MEETING

1. **Appearances:**

    Pursuant to Fed. R. Civ. P. 26(f), a meeting of the parties' representatives was held on June 15, 2006, and was conducted by:

    a.  Appearing on behalf of plaintiff:

    David R. Arendall, Esq.

    b.  Appearing on behalf of defendant:

    Russell C. Balch, Esq.

2. **Pre-Discovery Disclosures.** The parties will exchange by July 20, 2006, the information required by Fed. R. Civ. P. 26(a)(1).

3. **Discovery Plan.** The parties jointly propose to the Court the following discovery plan:

    Discovery will be needed on the following subjects:

    a.  **Plaintiff's Statement:** Conduct discovery on all aspects of Plaintiff's

Complaint and Defendant's defenses.

      b.    **Defendant's Statement**: Plaintiff's overall employment history; Plaintiff's employment with Defendant; the allegations contained in Plaintiff's Complaint; Plaintiff's efforts to seek employment after termination; Plaintiff's employment since termination; and Plaintiff's alleged damages. Discovery on all allegations in Defendant's counterclaim and Plaintiff's defenses.

      c.    **Discovery cut-off.** Unless modified by the Court for good cause shown, all discovery must be commenced in time to be completed by April 19, 2007.

4.   **Discovery Limitations:**

      a.    Unless modified by stipulation of the parties:

*Depositions:*

Maximum of 15 depositions for the plaintiff and 15 depositions For the defendant with a maximum time limit of 7 hours per deposition, unless extended by agreement of the parties.

*Interrogatories:*

Maximum of 40 by each party, with responses due within 30 days after service.

*Request for Admission:*

Maximum of 25 by each party, with responses due within 30 days after service.

*Request for Production:*

Maximum of 40 by each party, with responses due within 30 days After service.

*Supplementation:*

Supplements under Rule 26(e), Fed. R. Civ. P., are due 30 days before the close of discovery.

5. ***Parties and Pleadings:***

    a. The plaintiff shall have until December 11, 2006, to join any additional parties and amend the pleadings.

    b. The defendant shall have until December 26, 2006, to join any additional parties and amend the pleadings.

6. ***Dispositive Motions:***

All potentially dispositive motions must be filed May 10, 2007.

7. ***Expert Testimony:***

Unless modified by stipulation of the parties, the disclosure of expert witnesses -- including a complete report under Fed. R. Civ. P. 26(a)(2)(B) from any specially retained or employed expert are due:

    a. From the plaintiff:   90 days prior to trial

    b. From the defendant:  60 days prior to trial

8. ***Pre-trial conference:***

This case will be ready for pretrial conference in August of 2007.

9. ***Trial:***

This case will be ready for trial by September of 2007.

Trial is expected to last 2-3 day(s).

10. ***Final lists:***

Final lists of trial witnesses and exhibits under Fed. R. Civ. P. 26(a)(3) must be served and filed:

    a. By the plaintiff:   30 days prior to trial

    b. By the defendant:  30 days prior to trial

Objections are to be filed within 14 days after receipt of final lists.

11. **Scheduling Conference**:

The parties do not request a scheduling conference prior to the entry of the Scheduling Order.

| ATTORNEY FOR PLAINTIFF: | ATTORNEY FOR DEFENDANT: |
|---|---|
| /s/ David R. Arendall | /s/ Russell C. Balch |
| David R. Arendall, Esq.<br>Attorney for the Plaintiff<br>Arendall & Associates<br>2018 Morris Avenue, Third Floor<br>Birmingham, AL 35203<br>205.252.1550 - Office<br>205.252.1556 – Facsimile<br>dra@arendalllaw.com | Russell C. Balch, Esq.<br>Attorney for Defendant<br>Akridge & Balch, P.C.<br>730 N. Dean Road, Suite 300<br>Auburn, AL  36831<br>334.887.0884 - Office<br>334.887.2380 – Facsimile<br>rbalch@akridgebalch.com |