IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

**JARMAN GRAY,**

**PLAINTIFF,**

V.

**ALABAMA WINGS, LLC**
**d/b/a HOOTERS OF AUBURN,**

**DEFENDANT.**

CIVIL ACTION NO.

3:06cv316-SRW

## MOTION TO ENFORCE SETTLEMENT AGREEMENT

COMES NOW the Plaintiff by and through his counsel of record, and moves this Court to enforce the settlement agreement entered in this cause between the parties, and shows in support the following:

1.  The parties entered into a settlement agreement that was confirmed in writing on December 6, 2006 (Exhibit A).

2.  Since execution of the settlement agreement, Defendant has failed to provide a personal guarantee executed by an owner of Defendant, and has failed to make the payments due and owing on December 2, 2006, and on January 2, 2007.

3.  The undersigned has made repeated efforts with counsel for Defendant to obtain the payments due under the terms of the settlement agreement, to no avail.

4. The undersigned has incurred time and expense in pursuing this motion.

WHEREFORE, PREMISES CONSIDERED, Plaintiff moves this Court for an order compelling Defendant to pay the entire settlement amount, plus 10% penalty for late payment, as contemplated by the agreement, together with attorney's fees and costs to be submitted by the undersigned upon further Order.

Respectfully submitted,

/s/ David R. Arendall

_____
DAVID R. ARENDALL
ALLEN D. ARNOLD

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue
Birmingham, Alabama 35203
205.252.1550 – Office
205.252.1556 – Facsimile

## CERTIFICATE OF SERVICE

I certify that on January 5, 2007, I have filed a copy of the foregoing with the Clerk of this Court using the CM/ECF filing system which will forward a copy of same to the attorney for the Defendant: Russell Balch.

/s/ David R. Arendall

_____
Of Counsel