IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JARMAN GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv316-SRW |
| ) | |
| ALABAMA WINGS, LLC, ) | |
| d/b/a HOOTERS OF AUBURN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of plaintiff's motion to enforce settlement agreement (Doc. # 18), filed January 5, 2007, and for good cause, it is

ORDERED that defendant show cause, in writing, on or before January 24, 2007 why said motion should not be granted.

DONE, this 12th day of January, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE