IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JARMAN GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv316-SRW |
| ) | |
| ALABAMA WINGS, LLC, ) | |
| d/b/a HOOTERS OF AUBURN, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of plaintiff's motion to enforce settlement agreement (Doc. # 18), filed January 5, 2007, the court's show cause order entered January 12, 2007, and defendant's failure to respond to the show cause order, and for good cause, it is

ORDERED that a telephone conference to address these matters is scheduled for 8:45 a.m. on February 8, 2007.  Counsel for plaintiff is DIRECTED to set up the conference call.

DONE, this 2nd day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE