MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, EASTERN, DIVISION

SUSAN RUSS WALKER, U. S. MAGISTRATE JUDGE, PRESIDING
MONTGOMERY, ALABAMA

| | | |
|---|---|---|
| DATE COMMENCED: | February 8, 2007 | 8:53 a.m. |
| DATE COMPLETED: | February 8, 2007 | 8:58 a.m. |

3:06-cv-00316-SRW Gray v. Alabama Wings, LLC (CONSENT)

David Randall Arendall representing Jarman Gray (Plaintiff & Counter Defendant)

Russell Clyde Balch representing Alabama Wings, LLC d/b/a Hooters of Auburn (Defendant & Counter Claimant)

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy

PROCEEDINGS:

TELEPHONE CONFERENCE

| | |
|---|---|
| 8:53 a.m. | Court convenes. |
| | Mr. Balch's discussions with the court regarding motion to enforce settlement agreement. |
| | Court's discussions with Mr. Balch regarding his not responding to the court's show cause order. |
| | Mr. Arendall's statement that counsel have talked regarding settlement agreement. |
| | Counsel's further statements regarding facts of settlement agreement. |
| | Court directs counsel to prepare and send proposed order to the Court. |
| 8:58 a.m. | Court recessed. |