IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JARMAN GRAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:06cv316-SRW |
| ) | |
| ALABAMA WINGS, LLC, ) | |
| d/b/a HOOTERS OF AUBURN, ) | |
| ) | |
| Defendant. ) | |

ORDER

On February 8, 2007, the court held a hearing on Plaintiff's Motion to Enforce Settlement Agreement (Doc. # 18), filed January 5, 2007. At the hearing, the parties agreed to resolve the motion by stipulated order. Accordingly, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED as follows:

The parties have agreed that Defendant is in default of the Settlement Agreement. The remaining amount due to be paid under that Agreement is $12,275, composed of principal, penalty, and attorneys' fees. The Court hereby ORDERS that Defendant shall pay the sum of $12,275 by no later than March 10, 2007. The Court further ORDERS that an owner/stockholder of Defendant shall sign the personal guarantee provided to him or her by Plaintiff within fifteen days of the date of this Order, and return it to counsel for Plaintiff. Such guarantee shall be in accord with the Settlement Agreement entered into between the parties on December 6, 2006. Upon payment by Defendant of the sum set forth herein on or before March 10, 2007, the parties shall file a Joint Stipulation of Dismissal with prejudice. Should Defendant fail to pay the sums in full or by the date so ordered, Plaintiff has leave to petition this Court for additional sanctions and/or remedies up to

and including reinstatement of this action.

     DONE, this 23rd day of February, 2007.


                                      <u>/s/ Susan Russ Walker</u>
                                      SUSAN RUSS WALKER
                                      UNITED STATES MAGISTRATE JUDGE