IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

JARMAN GRAY,

PLAINTIFF,

V.

ALABAMA WINGS, LLC
d/b/a HOOTERS OF AUBURN,

DEFENDANT.

CIVIL ACTION NO.

3:06cv316-SRW

## JOINT STIPULATION OF DISMISSAL

Come now the parties by and through their respective counsel, and stipulate to the dismissal of this case, and any and all claims herein, with prejudice, each party to bear its own costs.

_____
David R. Arendall
Counsel for Plaintiff

OF COUNSEL:
ARENDALL & ASSOCIATES
2018 Morris Avenue, Third Floor
Birmingham, AL 35203
205.252.1550 – Office
205.252.1556 – Facsimile

_____
Russell C. Balch
Counsel for Defendant

OF COUNSEL:
AKRIDGE & BALCH, P.C.
730 North Dean Road, Suite 300
Auburn, AL 363831
334.887.0884 – Office
334.887.2380 – Facsimile

1