IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JARMAN GRAY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ALABAMA WINGS, LLC )<br>d/b/a HOOTERS OF AUBURN, )<br>)<br>Defendant. ) | CIVIL ACTION NO.3:06cv316-SRW |

## **ORDER**

Pursuant to the joint stipulation of dismissal filed by the parties on March 29, 2007, it is the ORDER, JUDGMENT and DECREE of the court that this cause be and hereby is DISMISSED with prejudice with each party to bear their own costs.

DONE, this 30th day of March, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE